UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katherine Rossi, | : <br> : <br> : Civil Action No.: 2:15-cv-03809-ER <br> : |
| Plaintiff, | : |
| v. | : |
| Walgreen Co., | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Katherine Rossi ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 22, 2015

                                                          Respectfully submitted,

                                                          PLAINTIFF, Katherine Rossi

                                                          /s/ Jody B. Burton

                                                          Jody B. Burton, Esq.
                                                          Bar No.: 71681
                                                          LEMBERG LAW, L.L.C.
                                                          1100 Summer Street, 3rd Floor
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424
                                                          jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Jody B. Burton_____

                                         Jody B. Burton